USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

        Plaintiff,

-against-

NAIMA CORP., and
255-257 EAST 61ST STREET LLC,

        Defendants.

**NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Civil Action No.: 1:25-cv-00559-MKV

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, ALTAUNE BROWN, by and through his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, **WITHOUT PREJUDICE** as against Defendant, NAIMA CORP., **only**, since this party has not answered or otherwise moved for summary judgment in this action.

Dated: New York, New York
      May 14, 2025

                              **THE MARKS LAW FIRM, P.C.**

                              By_____
                                Bradly G. Marks, Esq.
                                155 East 55th Street, Suite 4H
                                New York, NY 10022
                                T: (646) 770-3775
                                E: brad@markslawpc.com

**Granted. SO ORDERED.**

Date: 5/15/2025
New York, New York

                    /s/ Mary Kay Vyskocil
                    Mary Kay Vyskocil
                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.

ALTAUNE BROWN,

        Plaintiff,

  -against-

NAIMA CORP., and 255-257 EAST 61ST STREET LLC,

        Defendants.

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THE MARKS LAW FIRM, PC
*Attorneys for Plaintiff*
155 E 55th Street, Suite 4H
New York, NY 10022
Tel: (646) 770-3775
Email: brad@markslawpc.com