USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                    Plaintiff,

          -against-

NAIMA CORP., and
255-257 EAST 61ST STREET LLC,

                    Defendants.

1:25-cv-00559-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

This case shall be coordinated for purposes of discovery with cases 25cv1145 and 25cv6238.

**SO ORDERED.**

**Date:  April 17, 2026**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**