USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

Plaintiff,

-against-

NAIMA CORP., and
255-257 EAST 61ST STREET LLC,

Defendants.

1:25-cv-00559-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On April 16, 2026, the Court entered a Civil Case Management Plan and Scheduling Order which directed that all motions for default judgment will be deferred to a later stage in light of on-going mediation. [ECF No. 41]. Accordingly, Plaintiff's pending motion for default at ECF No. 31 shall be held in abeyance pending resolution of mediation. Plaintiff may seek leave to renew the motion for default after the conclusion of mediation.

The Clerk of Court is respectfully requested to terminate docket entry 31.

**SO ORDERED.**

**Date: July 13, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**